IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JARVIS SIM WOLFE**                                                                            **PLAINTIFF**

v.                                                    CIVIL ACTION NO. 1:15cv13-HSO-JCG

**CHRISTOPHER EPPS,** *et al.*                                                          **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff Jarvis Sim Wolfe's Objections [41] to the Report and Recommendation [39] of United States Magistrate Judge John C. Gargiulo. The Court, after a full review and consideration of Plaintiff's Objections [41], the Magistrate Judge's Report and Recommendation [39], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE** as frivolous, and Plaintiff is assessed a strike pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED**, this the 27th day of June, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE